UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Velva Stewart, on behalf of herself and other individuals similarly situated, et al., | Civil No. 05-1502 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| CenterPoint Energy Resources Corporation, a foreign Corporation d/b/a CenterPoint Energy Minnesota Gas. | |
| Defendant. | |

---

Defendant's Motion to Dismiss (Doc. No. 5) is referred to Magistrate Judge Arthur J. Boylan for a recommended disposition; the November 2, 2005 hearing before the undersigned is **CANCELED**. Judge Boylan will advise the parties of a new hearing date if he desires oral argument.[1]

Dated: October 28, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge

---

[1] The Court notes that the State of Minnesota has scheduled a hearing for November 7, 2005 before Judge Boylan on its Motion to Intervene.